NATIONAL BANK OF COMMERCE OF PIERRE V FEENEY.

(Opinion filed June 22, 1898.)

Appeal from circuit court, Hughes county. Hon. LORING E. GAFFY, Judge.

On motion for rehearing.

Action in claim and delivery. In an opinion reported in 9 S. D. 550; 70 N. W. 874, the judgment of the trial court was modified, FULLER, Judge, concurring specially, HANEY, Judge, dissenting.

*Wilson L. Shunk* and *John F. Hughes*, for appellant.

*John A. Holmes*, for respondent.

PER CURIAM. The decision modifying and affirming the judgment in this action, reported in 9 S. D. 550, 70 N. W. 874, is adhered to, and the cause remanded, with directions to modify as indicated therein.

HANEY, J., dissenting.